Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
Email: oatamoh@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

*Attorney for Robert Andrew Rose*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANDREW ROSE, an individual, | Case No. 2:13-cv-00568 |
| Plaintiff, | **ACCEPTANCE OF SERVICE** |
| v. | |
| WASHTRONICS OF AMERICA, a Nevada corporation; KEN PRAZNIUK, an individual; CHRIS MEDLAND, an individual; FRONTIER CAPITAL PARTNERS LIMITED PARTNERSHIP, a Canadian limited partnership; MERCOR MANAGEMENT, INC., a Canadian corporation; RICHARD GUY GIRARDIN, an individual, | |
| Defendants. | |

Frontier Capital Partners Limited Partnership's counsel, the law firm Smith Larsen & Wixom, by and through Michael B. Wixom, Esq. (collectively "Smith Larsen & Wixom"), hereby acknowledges that FRONTIER CAPITAL PARTNERS LIMITED PARTNERSHIP, a Canadian limited partnership ("Frontier") has authorized Smith Larsen & Wixom to accept service of the Complaint (Declaratory Relief; Subordination of Claims of Frontier under 11 U.S.C. § 510(c); Fraudulent Misrepresentation of Defendants Washtronics, Girardin, Mercor, Prazniuk and Medland) and the Summons (the "Complaint and Summons") in the matter of In re: Robert Andrew Rose v. Washtronics of America, et al., Case No. 2:13-cv-00568 (the "Case"),

1  and Smith Larsen & Wixom does hereby accept service of the Complaint and Summons on
2  behalf of Frontier, subject to the following conditions: i) by so accepting service neither Frontier
3  nor its counsel waive or relinquish any arguments related to whether the United States District
4  Court for the district of Nevada has either subject matter over the Case or personal jurisdiction
5  over Frontier, and Frontier and its counsel specifically reserve all such arguments; and ii)
6  Frontier shall have thirty (30) days from acceptance of service within which to answer or
7  otherwise plead in response to the Complaint and Summons.

Dated this _____ day of May, 2012.

SMITH LARSEN & WIXOM

Michael B. Wixom, Esq. (NV Bar No. 2812)
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: 702-252-5006
*Attorneys for Frontier Capital Limited Partnership*

- 2 -

09363-01/1072200 acceptance of service mbw comments 05 06 2013