**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ANDREW ROSE, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:13-cv-00568-GMN-NJK |
| ) | |
| vs. ) | ORDER DENYING PROPOSED |
| ) | DISCOVERY PLAN (Docket No. 23) |
| WASHTRONICS OF AMERICA, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

Pending before the Court is the Proposed Discovery Plan and Scheduling Order, Docket No. 23, which is hereby **DENIED**. The proposed discovery plan is deficient in a number of respects. First, the Local Rules require proposed discovery plans to "state the date the first defendant answered or otherwise appeared." Local Rule 26-1(e)(1). The submitted discovery plan fails to do so. Second, the presumptive discovery period is 180 days from the date the first defendant answers or appears. Local Rule 26-1(e)(1). The proposed plan seeks additional time for discovery by seeking 270 days from the date of the Rule 26(f) conference, but the parties provide no meaningful explanation why extended discovery is required. *See* Docket No. 23 at 2 (requesting additional time "[d]ue to the volume of documents," without any elaboration).

//

//

//

1  Accordingly, the proposed discovery plan is **DENIED**.  The parties are ordered, no later than
2  July 29, 2013, to file another proposed discovery plan that complies with the Local Rules.
3  IT IS SO ORDERED.
4  DATED: July 22, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge