# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT ANDREW ROSE,

           Plaintiff(s),

vs.

WASHTRONICS OF AMERICA, et al.,

           Defendant(s).

Case No. 2:13-cv-00568-JAD-NJK

ORDER GRANTING MOTION TO STAY DISCOVERY

(Docket No. 27)

Pending before the Court is a motion to stay discovery, filed by Defendants Mercor, Praznuik, Medland and Girardin, pending resolution of their motion to dismiss. *See* Docket 27; *see also* Docket No. 10 ("motion to dismiss"). Plaintiff filed a notice of non-opposition. Docket No. 30. For good cause shown and for the reasons discussed below, the Court hereby **GRANTS** the motion to stay discovery pending resolution of the motion to dismiss.

"The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). The case law in this District makes clear that requests to stay all discovery may be granted when: (1) the pending motion is potentially dispositive; (2) the pending motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the merits of the potentially-dispositive motion and is convinced that it will be granted. *Id.* at 602-603.

The Court finds these factors are present here. First, the motion to dismiss is potentially case-dispositive. Second, the motion to dismiss can be decided without additional discovery. Third,

the Court has taken a preliminary peek at the merits of the motion to dismiss and believes it will be granted.[1]

Accordingly, the motion to stay all discovery is hereby **GRANTED**. In the event that the motion to dismiss is denied, the parties shall submit a joint status report to the undersigned within 14 days of the issuance of the order resolving the motion to dismiss. That status report shall indicate what discovery needs to be completed and shall provide a proposed plan for completing it.

IT IS SO ORDERED.

DATED: August 15, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Conducting this preliminary peek puts the undersigned in an awkward position because the assigned district judge who will decide the motion to dismiss may have a different view of its merits. *See Tradebay*, 278 F.R.D. at 603. The undersigned's "preliminary peek" at the merits of that motion is not intended to prejudice its outcome. *See id.*