1  RICHARD F. HOLLEY, ESQ.
   Nevada Bar No. 3077
2  E-mail: rholley@nevadafirm.com
   OGONNA M. ATAMOH, ESQ.
3  Nevada Bar No. 7589
   E-mail: oatamoh@nevadafirm.com
4  COTTON, DRIGGS, WALCH,
   HOLLEY, WOLOSON & THOMPSON
5  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101
6  Telephone:   702/791-0308
   *Attorneys for Robert Andrew Rose*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ANDREW ROSE, an individual, | |
| Plaintiff, | CASE NO.:   2:13-cv-00568-JAD-NJK |
| v. | **STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| WASHTRONICS OF AMERICA, a Nevada corporation; KEN PRAZNUIK, an individual; CHRIS MEDLAND, an individual; FRONTIER CAPITAL PARTNERS LIMITED PARTNERSHIP, a Canadian limited partnership; MERCOR MANAGEMENT, INC., a Canadian corporation; RICHARD GUY GIRARDIN, an individual, | |
| Defendants. | |
| FRONTIER CAPITAL PARTNERS LIMITED PARTNERSHIP, a Canadian limited partnership, | |
| Counterclaimant, | |
| v. | |
| ROBERT ANDREW ROSE, an individual, DOES I through XX, inclusive, and ROE CORPORATIONS I through XX, inclusive, | |
| Counterdefendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1) and L.R. 7-1, and in accordance with the terms of a confidential Settlement Agreement, Plaintiff and Counter-Defendant Robert Andrew Rose ("Rose") and Defendant and Counterclaimant Frontier Capital Partners Limited Partnership ("Frontier") and Defendants Ken Praznuik ("Praznuik"), Chris Medland ("Medland"), Richard

- 1 -

09363-02/1197439.doc

1  Guy Girardin ("Girardin") and Mercor Management, Inc. ("Mercor") (collectively, the
2  "Parties"), hereby provide notice to this Court that the Parties have settled all claims between
3  them and jointly move for an order of dismissal with prejudice of the above-captioned
4  proceeding, including all claims and/or counterclaims alleged by the Parties in this action.

5       Accordingly, the Parties respectfully requests that this Court enter an order dismissing
6  with prejudice all claims and counterclaims in this action, each party to bear its own costs and
7  fees.

8       The Parties stipulate that upon the entry of the this Stipulation and Order of Dismissal of
9  All Claims with Prejudice, Nevada Title Company shall immediately release and disburse the
10 funds held by Nevada Title Company in Escrow No. 12-06-1431-DTL to Plaintiff and Counter-
11 Defendant Robert Andrew Rose, to be paid to the client trust account with the law firm of
12 Cotton, Driggs, Walch, Holley, Woloson & Thompson.

13 . . .
14 . . .
15 . . .
16 . . .
17 . . .
18 . . .
19 . . .
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .
28 . . .

09363-02/1197439.doc

In accordance with the terms of the Settlement Agreement executed by and between the Parties, this Court shall retain jurisdiction to enforce the Settlement Agreement, if necessary.

DATED this 15th day of January, 2014.

| | |
|---|---|
| **COTTON, DRIGGS, WALCH,** **HOLLEY, WOLOSON & THOMPSON** | **SMITH LARSEN & WIXOM** |
| /s/ Ogonna M. Atamoh | /s/ Michael B. Wixom |
| RICHARD F. HOLLEY, ESQ. | MICHAEL B. WIXOM, ESQ. |
| Nevada Bar No. 3077 | Nevada Bar No. 2812 |
| OGONNA M. ATAMOH, ESQ. | KATIE M. WEBER, ESQ. |
| Nevada Bar No. 7589 | Nevada Bar No. 11736 |
| 400 South Fourth Street, Third Floor | 1935 Village Center Circle |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89134 |
| *Attorneys for Plaintiff/Counterdefendant Robert Andrew Rose* | *Attorneys for Defendant/Counterclaimant Frontier Capital Partners Limited Partnership* |

**IGLODY LAW OFFICE**

/s/ Lee I. Iglody
LEE I. IGLODY, ESQ.
Nevada Bar No. 7757
5940 South Rainbow Boulevard
Las Vegas Nevada 89118
*Attorney for Defendants Mercor, Praznuik, Medland and Girardin*

## ORDER

Based upon the parties' stipulation and settlement,

**IT IS HEREBY ORDERED** that this action is DISMISSED with prejudice, each party to bear its own fees and costs. All pending motions are denied as moot.

The Clerk of Court shall enter judgment accordingly.

Dated: January 16, 2014.

_____
UNITED STATES DISTRICT JUDGE

09363-02/1197439.doc